Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada  89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com

*Attorneys for Defendant Capital One, N.A. d/b/a Capital One Auto Finance (sued as Capital One Bank (USA), N.A.)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO PAULO DE LA CANAL,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A., a National Association; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>  Defendants. | CASE NO.  2:21-cv-02098-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FIRST PREMIER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

The response to the Complaint by Defendant Capital One, N.A. d/b/a Capital One Auto Finance (sued as Capital One Bank (USA), N.A.) ("COAF") is currently due on January 31, 2022.  COAF has requested, and Plaintiff has agreed, that COAF has up to and including February 28, 2022, to answer or otherwise respond to the Complaint, to provide time for COAF to investigate Plaintiffs' allegations and for the parties to discuss a potential early resolution of the claim asserted against COAF.

DMFIRM #401574259 v1

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: January 26, 2022.

| BALLARD SPAHR LLP | COGBURN LAW OFFICES |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>Tel: (702) 471-7000<br>E-mail: tasca@ballardspahr.com<br><br>*Counsel for Defendant Capital One, N.A. d/b/a Capital One Auto Finance (sued as Capital One Bank (USA), N.A.)* | By: /s/ Jamie S. Cogburn<br>Jamie S. Cogburn<br>Nevada Bar No. 8409<br>Erik W. Fox<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>Tel: (702) 748-7777<br>E-mail: jsc@cogburncares.com<br>E-mail: ewf@cogburncares.com<br><br>*Counsel for Plaintiff, Sergio Paulo de la Canal* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 26, 2022

DMFIRM #401574259 v1                    2