COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO PAULO DE LA CANAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A., a National Association; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:21-cv-02098-APG-EJY<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, CAPITAL ONE BANK (USA), N.A.** |

Notice is hereby given that Plaintiff, Sergio Paulo De La Canal, and Defendant, Capital One Bank (USA), N.A., (the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to Defendant Capital One Bank (USA), N.A.

. . .

. . .

. . .

The Parties anticipate completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days.

Dated this 16th day of February, 2022.

COGBURN LAW

By: */s/Erik W. Fox*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, CAPITAL ONE BANK (USA), N.A.** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 16th day of February, 2022.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/Katie Johnson*
An employee of Cogburn Law