| | |
|---|---|
| 1 | COGBURN LAW |
| 2 | Jamie S. Cogburn, Esq.<br>Nevada Bar No. 8409 |
| 3 | jsc@cogburncares.com<br>Erik W. Fox, Esq. |
| 4 | Nevada Bar No. 8804<br>ewf@cogburncares.com |
| 5 | 2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074 |
| 6 | Telephone: (702) 748-7777<br>Facsimile: (702) 966-3880 |
| 7 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SERGIO PAULO DE LA CANAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A., a National Association; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:21-cv-02098-APG-EJY<br><br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, EQUIFAX INFORMATION SERVICES LLC** |

Notice is hereby given that Plaintiff, Sergio Paulo De La Canal, and Defendant, Equifax Information Services LLC, (the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to Defendant Equifax Information Services LLC.

. . .

. . .

. . .

The Parties anticipate completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days.

Dated this 1st day of March, 2022.

                                            COGBURN LAW

                                            By:   */s/Erik W. Fox*
                                                 Jamie S. Cogburn, Esq.
                                                 Nevada Bar No. 8409
                                                 Erik W. Fox, Esq.
                                                 Nevada Bar No. 8804
                                                 2580 St. Rose Parkway, Suite 330
                                                 Henderson, Nevada 89074
                                                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, EQUIFAX INFORMATION SERVICES LLC** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 1st day of March, 2022.

☒   I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                */s/Katie Johnson*
                                               An employee of Cogburn Law