1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

| | |
|---|---|
| SERGIO PAULO DE LA CANAL, an individual, | Case Number: 2:21-cv-02098-APG-EJY |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |
| CAPITAL ONE BANK (USA), N.A., a National Association; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company, | |
| Defendants. | |

   Notice is hereby given that Plaintiff, Sergio Paulo De La Canal, and Defendant, Experian Information Solutions, Inc., (the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to Defendant Experian Information Solutions, Inc.

. . .

. . .

. . .

The Parties anticipate completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days.

Dated this 8th day of March, 2022.

                         COGBURN LAW

By:   */s/Erik W. Fox*
     Jamie S. Cogburn, Esq.
     Nevada Bar No. 8409
     Erik W. Fox, Esq.
     Nevada Bar No. 8804
     2580 St. Rose Parkway, Suite 330
     Henderson, Nevada 89074
     *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 8th day of March, 2022.

☒    I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                      */s/Katie Johnson*
                      An employee of Cogburn Law