# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO PAULO DE LA CANAL,<br><br>  Plaintiff<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., et al.,<br><br>  Defendants | Case No.: 2:21-cv-02098-APG-EJY<br><br>**Order** |

On March 1, 2022, plaintiff Sergio Paulo De La Canal and defendant Equifax Information Services LLC advised the court that they had reached a settlement and would file a stipulation of dismissal within 60 days. ECF No. 16.  No stipulation of dismissal has been filed. Consequently, I direct these parties to file a stipulation of dismissal or status report by June 24, 2022.

I THEREFORE ORDER that by June 24, 2022, plaintiff Sergio Paulo De La Canal and defendant Equifax Information Services LLC shall file a stipulation of dismissal or a status report.  The failure to do so may result in dismissal of claims against Equifax.

DATED this 6th day of June, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE