COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SERGIO PAULO DE LA CANAL, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A., a National Association; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>　　　　　　Defendant. | Case Number:<br>2:21-cv-02098-APG-EJY<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Sergio Paulo De La Canal ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the

1 | above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear

2 | its own attorney fees and costs.

Dated this 24th day of June, 2022.					Dated this 24th day of June, 2022.

COGBURN LAW							CLARK HILL PLLC

By: */s/Erik W. Fox*						By: */s/Gia N. Marina*
    Jamie S. Cogburn, Esq.					    Gia N. Marina, Esq.
    Nevada Bar No. 8409					    Nevada Bar No. 15276
    Erik W. Fox, Esq.						    3800 Howard Hughes Parkway, Suite 500
    Nevada Bar No. 8804					    Las Vegas, NV 89169
    2580 St. Rose Parkway, Suite 330			    *Attorney for Equifax Information Services*
    Henderson, NV 89074					    *LLC*
    *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

June 27, 2022
DATE